**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                       Case No. **15-01501-B**

**MALDONADO JIMENEZ, JOSE JAIME & GONZALEZ GONZALEZ, AUREA ESTHER**      Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/01/2015**                                     ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                        Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **440.00** x **60** = $ **26,400.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **26,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **26,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ JOSE JAIME MALDONADO JIMENEZ**
         Debtor

         **/s/ AUREA ESTHER GONZALEZ GONZAL**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR**     Cr. _____     Cr. _____
# **0701806754**              # _____       # _____
$ **10.00**                        $ _____       $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ORIENTAL BANK**     Cr. _____     Cr. _____
# **9618260157**              # _____       # _____
$ **18,714.93**                 $ _____       $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO POPULAR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies  ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **ROBERTO PEREZ OBREGON LAW OFFICE**           Phone: _____

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **MALDONADO JIMENEZ, JOSE JAIME & GONZALEZ GONZALEZ, AUREA ESTH** Case No. **15-01501-B**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

**1. THE DEBTOR(S) WILL MAINTAIN THE CONTRACTUAL INSTALLMENT PAYMENTS ON THE CLAIMS LISTED BELOW, WITH ANY CHANGES REQUIRED BY THE APPLICABLE CONTRACT, AND CURE ANY DEFAULT IN PAYMENTS ON THE SECURED CLAIMS LISTED BELOW. THE ALLOWED CLAIM FOR ANY ARREARAGE AMOUNT WILL BE PAID UNDER THE PLAN, WITH INTEREST, IF ANY, AT THE RATE STATED. UNLESS OTHERWISE ORDERED BY THE COURT, THE AMOUNTS LISTED ON A PROOF OF CLAIM OR MODIFICATION OF A PROOF OF CLAIM FILED BEFORE THE FILING OF ANY DEADLINE CONTROL OVER ANY CONTRARY AMOUNTS LISTED BELOW AS TO THE CURRENT INSTALLMENT PAYMENTS AND ARREARAGE. IF RELIEF FROM THE AUTOMATIC STAY IS ORDERED AS TO ANY ITEM OF COLLATERAL LISTED IN THIS PARAGRAPH, THEN, UNLESS OTHERWISE ORDERED BY THE COURT, ALL PAYMENTS UNDER THIS PARAGRAPH AS TO THAT COLLATERAL WILL CEASE AND ALL SECURED CLAIMS BASED ON THAT COLLATERAL WILL NO LONGER BE TREATED BY THE PLAN.**

  **a. BANCO POPULAR, ACCT. #0701806754 - ARREARS UP TO AND INCLUDING 03/2015 TO BE PAID THROUGH TRUSTEE. REGULAR INSTALLMENTS DIRECTLY AS OF 04/2015.**

  **b. ORIENTAL BANK, DEPTO DE PRESTAMOS DE AUTO, ACCT. #9618260157 - PO BOX 364745, SAN JUAN PR 00936-4745 TO BE PAID ADEQUATE PROTECTION @ $80.00/MO UP TO CONFIRMATION. ACCOUNT INSURANCE THROUGH TRUSTEE AS OF 04/2018. LIEN TO BE CANCELLED UPON PAYMENT OF CLAIM.**